UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:16-cr-00108-JMS-MJD |
| ) | |
| JAH-ELI ROBERTSON (01), ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION
AND REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Debra McVicker Lynch's recommendation that the Court modify defendant Jah-Eli Robertson's supervised release pursuant to Rule 32.1(a)(1), *Federal Rules of Criminal Procedure*; and 18 U.S.C. § 3583(e), and acknowledging that the parties waived the fourteen-day objection period, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendations [dkt. 18].

**Violation**
**Number     Nature of Noncompliance**

1     **"The defendant shall refrain from unlawful use of a controlled substance."**

On April 14, 2016, the offender tested positive for amphetamine. He denied using the substance when confronted with the positive test. The sample was confirmed by Alere Laboratory as positive for methamphetamine. On July 1, and 13, 2016, the offender tested positive for marijuana. He admitted using marijuana prior to submitting his urine sample. On August 3, 2016, the offender tested positive for amphetamine. He denied using the substance when confronted with the positive test. The sample was confirmed by Alere Laboratory as positive for methamphetamine.

Therefore, the Court modifies the conditions of Mr. Robertson's supervised release to include:

- You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

- You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

- You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right of consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

- You shall not knowingly leave the judicial district without the permission of the court or probation officer.

- You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

- You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

- You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in residence occupants, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

- You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

- You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

- You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

- You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

- As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offenses(s) of conviction and shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

- You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

- You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay. The probation officer shall determine your ability to pay and schedule of payment.

- You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

- You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

- You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

- You shall not use or possess alcohol.

- You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g. synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

- You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

- You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility.

Mr. Robertson is to self-surrender upon designation. Mr. Robertson is released and is to follow the terms of supervised release pending designation.

Date: September 23, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal