UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:16-cr-0108-JMS-MJD |
| | ) | |
| JAH-ELI ROBERTSON, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On September 7, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 14, 2017. Defendant Robertson appeared in person with his appointed counsel Michael Donahoe. The government appeared by William McCoskey, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Robertson of his rights and provided him with a copy of the petition. Defendant Robertson orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Robertson admitted violations 1 and 2. [Docket No. 23.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

1      **"The defendant shall refrain from any unlawful use of a controlled substance."**

On June 7, 2017, the offender submitted a urine sample which tested positive for cocaine. He denied using the substance when confronted, and attributed the positive test to his prescription pain patches. The sample was confirmed by Alere Laboratory as positive for cocaine.

As previously reported to the Court, on April 14, 2016, the offender tested positive for amphetamine. He denied using the substance when confronted with the positive test. The sample was confirmed by Alere Laboratory as positive for methamphetamine. On July 1, and 13, 2016, the offender tested positive for amphetamine. He denied using the substance when confronted with the positive test. The sample was confirmed by Alere Laboratory as positive for methamphetamine.

2      **"You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician."**

On April 11, 2017, the offender was referred to Families First in Indianapolis, Indiana, for anger management class. He has yet to enroll in or begin the program.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is II.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. Parties jointly recommended a sentence of four (4) months with no supervised release to follow. Defendant requested placement at the lowest security facility in or near Terre Haute, Indiana at which the defendant qualifies for placement.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of four (4) months with no supervised release to follow. The Defendant will self-surrender upon designation by the Bureau of Prisons. The Court will make a recommendation of placement at the lowest security facility in or near Terre Haute, Indiana at which the defendant qualifies for placement.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated: September 19, 2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal