UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:16-cr-00108-JMS-MJD |
| ) | |
| JAH-ELI ROBERTSON (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Tim Baker's Report and Recommendation dkt. [34] recommending that Jah-Eli Roberson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt. [34]. The Court finds that Mr. Roberson committed Violation Numbers 1 and 2, as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkt [23]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Jah-Eli Robertson is sentenced to the custody of the Attorney General or his designee for a period of four (4) months imprisonment with no supervised release to follow. The Court recommends placement at the lowest security facility in or near Terre Haute, Indiana at which the defendant qualifies for placement.

Mr. Robertson is to self-surrender upon designation. Mr. Robertson is released and is to follow the terms of supervised release pending designation.

Date: 9/20/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal